UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

THERESA REED,                                    Docket No.: 12 Civ. 4195
                                                              (LDW)(GRB)
                Plaintiff,

   -against-                                   **NOTICE OF MOTION**

GARDEN CITY UNION FREE SCHOOL DISTRICT, DAVID PERROTTA, NANINE CUTTITTA and KEVIN STEINGRUEBNER (in their official and individual capacities pursuant to NYEL 290 et seq.),

                Defendants.
-----------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Melissa L. Holtzer, the Memorandum of Law in Support of Defendants' Motion to Dismiss, and upon all pleadings and proceedings heretofore had herein, defendants will move this Court before the Honorable Leonard D. Wexler at the United States District Court for the Eastern District of New York, located at 100 Federal Plaza, Central Islip, New York 11722, on a date and time to be determined by the Court, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing plaintiff's complaint, together with such other and further relief as this Court deems proper and just.

      PLEASE TAKE FURTHER NOTICE that answering papers, if any, are to be served on or before April 19, 2013.

PLEASE TAKE FURTHER NOTICE that reply papers, if any, are to be served on or before May 3, 2013.

DATED: Carle Place, New York
March 7, 2013

SOKOLOFF STERN LLP
Attorney for Defendants

By: _____
ADAM I. KLEINBERG
MELISSA L. HOLTZER
179 Westbury Avenue
Carle Place, New York 11514
(516) 334-4500
Our File No. 110075

To: Scott Michael Mishkin, P.C.
Attorneys for Plaintiff
One Suffolk Square, Suite 240
Islandia, New York 11749