UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

THERESA REED,

                        Plaintiff,   **STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

     -against-

GARDEN CITY UNION FREE SCHOOL
DISTRICT, DAVID PERROTTA,
NANINE CUTTITTA, and KEVIN
STEINGRUEBNER, (in their official and
Individual capacities pursuant to NYEL §§290 et seq.),

Docket No.: CV-12-4195
(LDW)(GRB)

                        Defendants.
---------------------------------------------------------------x

**IT IS HEREBY STIPULATED**, by and between the undersigned that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-entitled action is hereby discontinued in its entirety, with prejudice and without costs or attorneys' fees to any party as against another.

IT IS FURTHER STIPULATED AND AGREED that an electronic or fax signature of this Stipulation will have the same force and effect as an original.

DATED: Carle Place, New York
              June 16, 2014

SCOTT MICHAEL MISHKIN, P.C.　　　　　SOKOLOFF STERN LLP

By: _____　　　　　By: _____
Kyle Pulis, Esq.　　　　　　　　　　　　Adam I. Kleinberg, Esq.
*Attorneys for Plaintiff*　　　　　　　　Susan H. Odessky, Esq.
One Suffolk Square, Suite 240　　　　　*Attorneys for Defendants*
Islandia, New York 11749　　　　　　　179 Westbury Avenue
(631) 234-1154　　　　　　　　　　　　Carle Place, NY 11514
　　　　　　　　　　　　　　　　　　　(516) 334-4500
　　　　　　　　　　　　　　　　　　　File No.: 110075