UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THERESA REED,

                Plaintiff,

    -against-

GARDEN CITY UNION FREE SCHOOL
DISTRICT, DAVID PERROTTA,
NANINE CUTTITTA, and KEVIN
STEINGRUEBNER, (in their official and
Individual capacities pursuant to NYEL §§290 et seq.),

                Defendants.
------------------------------------------------------------x

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

Docket No.: CV-12-4195
(LDW)(GRB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 17 2014 ★
LONG ISLAND OFFICE

    **IT IS HEREBY STIPULATED**, by and between the undersigned that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-entitled action is hereby discontinued in its entirety, with prejudice and without costs or attorneys' fees to any party as against another.

    IT IS FURTHER STIPULATED AND AGREED that an electronic or fax signature of this Stipulation will have the same force and effect as an original.

DATED: Carle Place, New York
          June 16, 2014

SCOTT MICHAEL MISHKIN, P.C.

By: _____
Kyle Pulis, Esq.
*Attorneys for Plaintiff*
One Suffolk Square, Suite 240
Islandia, New York 11749
(631) 234-1154

SOKOLOFF STERN LLP

By: _____
Adam I. Kleinberg, Esq.
Susan H. Odessky, Esq.
*Attorneys for Defendants*
179 Westbury Avenue
Carle Place, NY 11514
(516) 334-4500
File No.: 110075

SO ORDERED:

Central Islip, NY
6/17/14

_____
USDJ, Leonard D. Wexler